# Return

| Case No.: 3:22-mj-00173 | Date and time warrant executed: 4-18-2022 / 1449 | Copy of warrant and inventory left with: Defense Attorney Christopher Wellborn |
|---|---|---|

Inventory made in the presence of: Christopher Wellborn

Inventory of the property taken and name of any person(s) seized:

DNA swabs from Jeremy Bertino
Fingerprints from Jeremy Bertino

**FILED**
**Charlotte**
**4/20/2022**
U.S. District Court
Western District of N.C.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-20-2022

*Executing officer's signature*

Catherine L. Bowles
*Printed name and title*